JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 568 -- IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/06 | 1 | MOTION/BRIEF, SCHEDULE OF ACTIONS -- Defendants McDonnell Douglas Corp., et al. and Plaintiffs Thomas Manning, et al. SUGGESTED TRANSFEREE DISTRICT: C.D. California -- SUGGESTED TRANSFEREE JUDGE: Honorable W. Matthew Byrne, Jr. (ds) |
| 83/10/17 | | APPEARANCES: Dennis McAteer, Esq. for McDonnell Douglas Corp.; and ROBERT M. CHURELLA, ESQ. for United Technologies Corp. (cds) |
| 83/10/21 | | APPEARANCE -- JAMES D. RHODES, ESQ. for Judeen K. Alves, et al. (ds) |
| 83/12/19 | | HEARING ORDER -- Setting Motion of defendants McDonnell Douglas Corp., et al. and plaintiffs Thomas Manning, et al., for transfer of actions to the C.D. California, for Panel hearing on January 26, 1984, in Atlanta, Georgia. (ds) |
| 84/01/23 | | WAIVER OF ORAL ARGUMENT -- United Technologies Corp. (cds) |
| 84/01/26 | | WAIVER OF ORAL ARGUMENT -- Aero Union Corporation. (ds) |
| 84/02/01 | 2 | LETTER (stating never served with Notice of Hearing and objecting to Panel hearing in Atlanta) -- dated Jan. 25, 1984 and signed by G. Kent Edwards, for pltf. Judeen Alves -- w/service (cds) |
| 84/02/22 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Wm. Matthew Byrne, Jr. for pretrial proceedings. (ds) |
| 84/02/22 | | TRANSFER ORDER -- transferring A-1 and A-4 to the C.D. California for pretrial proceedings. -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |
| 84/05/15 | 3 | NOTICE OF POTENTIAL TAG-ALONG ACTION (requesting Rule 9(a) transfer) -- John D.M. Gordon-Colebrooke, et al. v. Aero Union Corp., et al., E.D. Cal. CIV S-84-0457 EJG -- submitted by McDonnell Douglas Corp. (cds) |
| 85/01/04 | 4 | JOINT MOTION (for transfer of B-5 John D. M. Gordon-Colebrooke, et al. v. Aero Union Corp., et al., E.D. Cal., #S-84-0457EJG) -- Aero Union Corp., Flight Enterprises, Inc., United Technologies Corp., McDonnell Douglas Corp., Thomas Manning, etc., Sara Manning and Catherine t. Williams, etc. -- w/Brief, Exhibits and cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/28 | 5 | RESPONSE/BRIEF -- (to Pldg. # 4) Pltf. John D.M. Gordon-Colebrook, et al. -- w/cert. of svc. (rh) |
| 85/01/29 | 6 | REPLY -- (pldg. # 4) Defts. Aero Union Corp.; Flight Enterprises, Inc.; United Technologies Corporation; McDonnell Douglas Corporation; Thomas Manning, etc., Sara Manning; Catherine T. Williams -- w/cert. of svc. (rh) |
| 85/01/31 | | APPEARANCE: STELLA L. OWENS, ESQ. for Flight Enterprises, Inc. (rh) |
| 85/02/21 | | HEARING ORDER -- Setting motion to transfer B-5 for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/03/29 | | HEARING APPEARANCES: CLINTON H. CODDINGTON, ESQ. for Aero Union Corp. and Flight Enterprises, Inc.; JOHN J. HENNELLY, ESQ. for McDonnell Doughlas Corporation; JACQUES E. SOIRET, ESQ. for United Technologies Corporation; JON F. MONROY, ESQ. for Thomas Manning, etc. and SCOTT D. RAPHAEL, ESQ. for John D.M. Gordon-Colebrook, et al. (rh) |
| 85/04/10 | | ORDER DENYING TRANSFER -- B-5 John D.M. Gordon-Colebrooke, et al. v. Aero Union Corp., et al., E.D. California, C.A. No. 84-0457 -- Notified involved counsel, misc. recipient, judge and clerk. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 568 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Feb. 22, 1984 | TO | Unpublished | C.D. Calif. *923* | Wm. Matthew Byrne, Jr. | |

Special Transferee Information

DATE CLOSED: *July 1987*

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 568 -- IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Judeen K. Alves, etc. v. Aero Union Corp., et al. | D.Alaska Fitzgerald | A82-322 | 2/22/84 | 84-1497 WMB(BX) | 5/30/86 | |
| A-2 | Thomas Manning, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal. Byrne | CV83-1433 WMB | | | 5/30/86 | |
| A-3 | Catherine T. Williams, etc. v. McDonnell Douglas Corp., et al. | C.D.Cal. Byrne | CV83-4488 WMB | | | 5/30/86 | |
| A-4 | Judeen K. Alves, etc. v. McDonnell Douglas Corp., et al. | D.Alaska Von Der Heydt Fitzgerald | A-83-334 | 2/22/84 | 84-1498 WMB(BX) | 5/30/86 | |
| B-5 | John D. M. Gordon-Colebrooke, et al. v. Aero Union Corp., et al. | E.D.Cal. Garcia | S-84-0457EJG | | | | Trans. denied 4/10/85 |

July 1984 — 2 TR/ 2 x y2 / 4 Pdg.

July 1985 — Same
July 1986 — Same
July 1987 — 4 Dis; Docket Closed

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 568 -- In re Air Crash Disaster Near Kenai, Alaska, on July 14, 1981

---

JUDEEN K. ALVES, ETC. (A-1) (A-4)
James D. Rhodes, Esq.
Hartig, Rhodes, Norman,
  Monhoney & Edwards
Suite 201
717 "K" Street
Anchorage, Alaska  99501

NO APPEARANCE RECEIVED
THOMAS MANNING, ETC. (A-2)
Jon F. Monroy, Esq.          *Listed
Monroy & Sneathern            below*
16133 Ventura Boulevard
Suite 1175
Encino, California  91436

NO APPEARANCE RECEIVED
CATHERINE T. WILLIAMS, ETC. (A-3)
Jon F. Monroy, Esq.
(same counsel as above)


JOHN D. M. GORDON-COLEBROOKE (B-5)
Scott D. Raphael, Esq.
Fisher & Hurst
Four Embarcadero Center
San Francisco, CA  94111

McDONNELL DOUGLAS CORP.
Dennis McAteer, Esq.
Bryan, Cave, McPheeters & McRoberts
3100 Crocker Center
333 South Grand Avenue
Los Angeles, California  90071

UNITED TECHNOLOGIES CORP.
Robert M. Churella, Esq.
Kirtland & Packard
626 Wilshire Boulevard
Los Angeles, CA  90017


AERO UNION CORPORATION
Stella Owens, Esq.
Parker, Milliken, Clark,
  O'Hara & Samuelian
~~333 South Hope Street, 27th Floor~~
Los Angeles, CA  90071


FLIGHT ENTERPRISES, INC.

Stella Owens, Esq.
Same as Aero Union Corporation



THOMAS MANNING, ETC. (A-2)
SARA MANNING
CATHERINE T. WILLIAMS, ETC.
Jon F. Monroy, Esq.
Monroy & Sneathern
16133 Ventura Boulevard
Suite 1175
Encino, CA  91436

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __568__ -- IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

| Name of Party | Named as Party in Following Actions |
|---|---|
| Aero Union Corp. | A-1  B-5 |
| Flight Enterprises, Inc. | A-1  B-5 |
| McDonnell Douglas Corp. | A-2, A-3, A-4  B-5 |
| Pratt & Whitney Co. *United ~~~~~~ Corp* | A-2, A-3, A-4  B-5 |
| John Williams | A-3,  B-5 |
| Tina Maria Williams | A-3  B-5 |
| James W. Williams | A-3  B-5 |
| Patrick Williams | A-3  B-5 |
| Thomas Manning, etc | B-5 |
| Sarah Manning | B-5 |
| Catherine Williams, etc. | B-5 |

✓ (margin mark next to Pratt & Whitney)

{ margin note next to Williams rows: "These plaintiffs were never served with this complaint" }