JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB 22 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 568

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

TRANSFER ORDER*

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the actions pending in the District of Alaska to the Central District of California for coordinated or consolidated pretrial proceedings with the actions pending in that district.1/ The Panel finds upon consideration of the papers submitted1/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the District of Alaska be, and the same hereby are, transferred to the Central District of California and, with the consent of that court, assigned to the Honorable Wm. Matthew Byrne, Jr. for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\*   Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the questions of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-568 -- IN RE AIR CRASH DISASTER NEAR KENAI, ALASKA, ON JULY 14, 1981

### District of Alaska

Judeen K. Alves, et al. v. Aero Union, et al., C.A. No. A82-322

Judeen K. Alves, et al. v. McDonnell Douglas Corp., et al., C.A. No. A83-334

### Central District of California

Thomas Manning, et al. v. McDonnell Douglas Corp., et al., C.A. No. CV83-1433 WMB (Bx)

Catherine T. Williams, et al. v. McDonnell Douglas Corp., et al., C.A. No. CV83-4488 WMB (Bx)